# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

__Larry Fields__
(Enter Above the Name of the Plaintiff in this Action)

vs.

__Cincinnati Police Department__
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:
__Cincinnati Police records section__
__City of Cincinnati__
__Citizen Complaint Authority__
__Fath Properties__

1:21CV0035

FILED
JAN 15 PM 3:35
RICHARD W. NAGEL
CLERK OF COURT
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

J. BARRETT

M.J. LITKOVITZ

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

__Larry Fields__
Name - Full Name Please - PRINT

__5912 Piqua Ave__
Street Address

__Cincinnati Ohio 45224__
City, State and Zip Code

__513-526-0732__
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Aubree Durnell
   Name - Full Name Please
   255 E 5th St Ste 2300 Cincinnati Ohio 45202
   Address: Street, City, State and Zip Code

2. Jhon Leinberger
   255 E 5th St Ste 2300 Cincinnati Ohi 45202

3. Seargent Dawn Smalls
   5837 Hamilton Ave

4. Officer Hollis HodgePohl
   5837 Hamilton Ave Cincinnati Oh 45224

5. Officer Rommel Coman
   5837 Hamilton Ave Cincinnati Oh 45224

6. Officer Sean Carris
   5837 Hamilton Av Cincinnati Oh 45224

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☑ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☑ Title 18 United States Code, Section § 3
   [Other federal status giving the court subject matter jurisdiction.]

-2-

7. Seargeant Jeffrey Zucker
   5837 Hamilton Ave Cincinnati Oh 45224
8. Officer Katisha R. Davis
   5837 Hamilton Ave Cincinnati, Oh 45224
9. Officer Anthony R. Dawson
   5837 Hamilton Ave Cincinnati Ohio 45224
10. Officer Donald J Brown
    5837 Hamilton Ave Cincinnati, Oh. 45224
11. Lt. Robert Vanhorn
    5837 Hamilton Ave Cincinnati Oh 45224
12. Captain David Fink
    5837 Hamilton Ave Cincinnati Oh 45224
13. Kim Neal
    805 Central Ave Suite 222 Cincinnati, Oh 45202
14. Dena Brown
    805 Central Ave Suite 222 Cincinnati Oh 45202
15. Officer Jason A Scott
    5837 Hamilton Ave Cincinnati Ohio 45224
16. Diane Bookwalter
    801 Linn St 2nd Floor Cincinnati Oh 45202
17. Lt. Micheal Fern
    801 Linn St 2nd Floor Cincinnati Ohio 45202
18. Cincinnati City Manager
    801 Plum St Rm 226 Cincinnati, Oh 45202

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

The cincinnati Police Department, Cincinnati Police Pub records section, citizen Complaint Authority, city of Cincinnati, and fath Properties. Has alledgedy, falsly, intentonally and illegally hendered and conspired against Plaintiff Rendered those Defendants from being held accountable for there actions against Plaintiff and Plaintiff civil matter and incident on 2-21-2019 at Plaintiff resident 1094 Hillcrest rd and 1165 Hillcrest fath Properties managers office After office hours 530 Pm resulting in and caused and still causing the Plaintiff Personnal injuries and business injuries. by the Defendants as follows this page.

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| A2002117 | Larry Fields | vs. | Police Public Records |
| 2019-01143PQ | Larry Fields | vs. | Police Records |
| | | vs. | |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Grand Plaintiff the courts maximum amount of currency to safely relocate residence and business out of Cincinnati Ohio for security reasons.

I state under penalty of perjury that the foregoing is true and correct. Executed on this ____ day of _____, 20____.

_____
Signature of Plaintiff

-4-

1. <u>Aubree Durnell (Principle Defendants)</u>
   1. <u>Aubree Durnell of Cath Properties manager permitted Jhon Leinberger to illegally invade Plaintiff Privacy after office hours with no call or no notice (24 Hour notice) on 2-21-2019 at 5:30 PM</u>
   2. <u>Aubree Durnell intentionally makes false claims to (ECC) 911 against Plaintiff on 2-21-2019 6:03 PM</u>

1. <u>Jhon Leinberger (Principle Defendant)</u>
   1. <u>On 2-21-2019 at 5:30 PM Jhon alledgedly commits harrasment, burglary and invasion of Privacy stated by Plaintiff to officers on 2-21-2019 at 6:10 PM. At 1094 Hillcrest and 1165 Hillcrest Managers office after office Hours</u>

1. <u>Sergeant Dawn Smalls intentionally refuses to do a statutory Duty of reporting a crime as the Primary witness to a civil dispute requested by Plaintiff on 2-21-2019 in managers office After 6:30 PM</u>
2. <u>Sergeant Dawn Smalls intentionally states false claims on the Resolution disposition report against Plaintiff on 5-15-2019</u>
3. <u>Sergeant Dawn Smalls (LPD) intentionally and falsly codes Plaintiff of being "neighbor trouble" to the defendants on 2-21-2019 at 6:58 PM.</u>

1. Hollis Hudepohl
   1. Hollis Hudepohl, officer intentionally refuses to do a statutory duty of reporting a crime requested by Plaintiff on 2-21-2019 after 6 PM at 1165 Hillcrest Rd.
   2. Officer Hollis Hudepohl intentionally makes false claims against Plaintiff on the resolution disposition reports on 5-15-2019 concerning the incident on 2-21-2019
   1. Officer Rommel Coman intentionally refuses to do a statutory duty of reporting a crime on 2-21-2019 after 6:30 PM at 1165 Hillcrest report requested by Plaintiff.
   2. Officer Rommel Coman intentionally makes false claims against Plaintiff on the disposition resolution reports on 5-15-2019
   3. Officer Rommel Coman CPD intentionally code Plaintiff neighbor trouble on 2-21-2019 at 6:58 PM at the managers office of college wood Apartments
   1. Officer Sean Farris intentionally refuses to do statutory duty of reporting a crime requested by Plaintiff on 2-21-2019 after 6 PM managers office at 1165 Hillcrest.
   2. Officer Farris intentionally makes false claims against Plaintiff on the resolution disposition report on 5-15-2019 by Lt. Robert Van horn.

Case: 1:21-cv-00035-MRB-KLL Doc #: 1 Filed: 01/15/21 Page: 8 of 11 PAGEID #: 8

(5)

3. Officer Farris CPD intentionally and falsly codes Plaintiff neighbor trouble on 2-21-2019 after 6Pm round 658 Pm at 1165 Hillcrest Rd on (ECC) 911 reports.

1. ~~Officer~~ Sergeant Jeffrey Zucker intentionally refuse to do a statutory duty of reporting a crime requested by Plaintiff on 2-21-2019 at 1165 Hillcrest Rd after 6Pm

2. Sergeant Jeffrey Zucker on 4-01-2019 falsly delivers Plaintiff citizen complaint alledgedly to the (IIS) a 8 Am.

1. Officer Katisha R. Davis who was never present or reported any report on 2-21-2019 Katisha Davis intentionally and falsly makes reports of

1. CPD incident report on 2-21-2019 at 18:3 hours, CPD Suspect report supplement report on 2-21-2019 at 17:30 hours, CPD Arrest supplement report on 2-21-2019 at 17:30 hours, CPD Property Supplement report on 2-21-2019 at 17:30 Hours all by Officer Katisha Davis false intentionall Reports.

1. Officer Athony R Dawson intentionally clears false reports against Plaintiff on 5-15-2019 at 00:00 hours. ② Officer dawson intentonally and falsly clears a bia's investigation against Plaintiff.

(4)

1. Officer Donald J Brown intentionally and falsly approves a false intentional Report against Plaintiff on 4-14-2019

: Lt. Robert Vanhorn

1. Lt Robert Vanhorn intentionally violates police Department Policy by investigating his co-superior officers in a internal citizen complaint against officers, Dawn Small, Hollis Hudepohl, Pommel Coman, Sean Farris, and Jeffrey Zucker by Plaintiff for incident on 2-21-2019 at 1165 Hillcrest rd

2. Lt Vanhorn intentionally discriminated against Plaintiff on the oresolution dispositon reports making intentional false claims against Plaintiff on 5-15-2019.

1. Captain David Fink permitted a bais investigation and violated Policy by allowing Lt. Vanhorn to investigate his co superior officer

2. Captain David Fink intentionally makes false claims of Plaintiff on the citizen complaint Addedum to Police Chief Colonal Issac Elliot against Plaintiff in May 2019.

(5)

1. Officer Jason a Scott
1. Jason Scott intentionally and falsly orderded case closed on 5-15-2019 at 00:00 hours.

1. Kim Neal Director of (CCA)
1. Kim Neal of (CCA) conspired against Plaintiff with (IIS) making false claims against the Plaintiff on a letter written By Kim Neal to Plaintiff on 4-01-2019
2. Kim Neal helped assist (IIS) by Initiated a investigation a bias investigation against the Plaintiff by Sharing Plaintiff information. Sending Lt Vanhorn as the initiate investigator for incident on 2-21-2019 at 1094 Hillcrest rd and 1165 Hillcrest Rd for Plaintiff.
1. Deana Brown (CCA)
Deana Brown assisted Plaintiff and stated to Plaintiff CCA shares Information with (IIS) conspiring against Plaintiff (Alledgedly)

(C)

City of Cincinnati

1. City of Cincinnati manager is alledgedly responsible to manage City Hall and is alledgedly responsible for Plaintiff citizen complaint described as a tri-fold Pre-printed brochure suppled by the City of Cincinnati Police Department the city of Cincinnati manager alledgedly responsible for Plaintiff complaint, if lost, stolen, or destroyed hendering the original complaint by Plaintiff and free Postage suppled by the City of Cincinnati if mailed in the United States.

1. Cincinnati Police Records Section

1. Lt. Micheal Fern and Diane Bookwalter is responsible for Uttering Plaintiff falsified and forged citizen complaint Alledgly by the internal investigation section and refuse to submit Plaintiff citizen complaint filed in June and July 2019 Plaintiff requested documents to be mailed as on the Public records request Plaintiff has yet after one year and a half to receive the Authentic and correct citizen complaint tri-fold brochure suppled by the City of Cincinnati Police