UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Larry Fields,

    Plaintiff,

        v.                                Case No.   1:21cv35

Cincinnati Police Department, *et al.*,

    Defendants.

## JUDGMENT IN A CIVIL CASE

[   ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The Court has reviewed the Report and Recommendation (Docs. 19 and 25) and hereby ADOPTS said Report and Recommendation. Accordingly, it is ORDERED that the R&R (Doc. 6) of the Magistrate Judge is hereby ADOPTED.

1. The City and Property Management Defendants' Motions to Dismiss (Docs. 10, 12) are **GRANTED**;

    a. The claims against these Defendants are dismissed with prejudice for failure to state a claim;

2. This action is **DISMISSED** against Defendant Leinberger pursuant to Fed. R. Civ. P. 4(m) for failure to perfect service. a. Dismissal of the claim against Defendant Leinberger is with prejudice for lack of prosecution; and

3. This matter is **CLOSED** and **TERMINATED** from the active docket of the Court.

Date: October 15, 2021                 Richard W. Nagel, Clerk
                                                Clerk

                                By:        *S/Krista Zeller*
                                                 Deputy Clerk